# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DAVID BUHRMESTER

v.

ABBOTT LABORATORIES

Case Number:
FILED: JUNE 19, 2008
08CV3538
JUDGE KENNELLY
MAGISTRATE JUDGE SCHENKIER
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DAVID BUHRMESTER

| | |
|---|---|
| NAME (Type or print) Janice A. Wegner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Janice A. Wegner | |
| FIRM Lisa Kane & Associates, P.C. | |
| STREET ADDRESS 120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06200062 | TELEPHONE NUMBER 312-606-0383 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |