# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DAVID BUHRMESTER

v.

ABBOTT LABORATORIES

Case Number:

FILED: JUNE 19, 2008

08CV3538

JUDGE KENNELLY

MAGISTRATE JUDGE SCHENKIER

RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DAVID BUHRMESTER

| | |
|---|---|
| NAME (Type or print) <br> Tyler Manic | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Tyler Manic | |
| FIRM <br> Lisa Kane & Associates, P.C. | |
| STREET ADDRESS <br> 120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06290122 | TELEPHONE NUMBER <br> 312-606-0383 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐