## United States District Court for the Northern District of Illinois

Case Number: 08CV3538        Assigned/Issued By: DAJ

Judge Name: KENNELLY        Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00           Receipt #: 2873128

Date Payment Rec'd: 06/19/08  Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _06/19/08_ as to _DEF._

C:\wpwin80\docket\feeinfo.frm        03/14/05